IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 JUN -3 PM 3:48
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN-JACKSON

KENISHA GUTHRIE,

    Plaintiff,

vs.                                          No. 1-05-1010 T/An

FAMILY DOLLAR STORES, INC.,

    Defendant.

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):** June 21, 2005

**JOINING PARTIES:**

    For Plaintiff:        August 5, 2005
    For Defendant:    September 7, 2005

**AMENDING PLEADINGS:**

    For Plaintiff:        August 5, 2005
    For Defendant:    September 7, 2005

**COMPLETING ALL DISCOVERY:**    February 7, 2006

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES
                 And REQUESTS FOR ADMISSIONS:**    February 7, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/6/05

4

    **(b)**    **EXPERT DISCLOSURE (Rule 26(a)(2)):**
        (i)    Plaintiff's Experts:    December 7, 2005
        (ii)    Defendant's Experts:    January 6, 2006
        (iii)    Supplementation under Rule 26(e):    January 16, 2006

    **(c)**    **DEPOSITIONS OF EXPERTS:** Febuary 7, 2006

**FILING DISPOSITIVE MOTIONS:** January 24, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)    for Plaintiff: March 10, 2006
    (b)    for Defendant: March 24, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last two days and is **SET** for **NON-JURY/JURY TRIAL** on Monday, April 24, 2006 at **9:30 A.M.** A joint pretrial order is due on April 14, 2006. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.**

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 02, 2005

_R. David Strickland #007243_
DAVID STRICKLAND
Attorney for Plaintiff
P.O. Box 500
Martin, TN 38237

**SPICER, FLYNN & RUDSTROM, PLLC**

_S. Newton Anderson/by R. David Strickland with permission_
S. NEWTON ANDERSON #9335
80 Monroe Avenue, Suite 500
Memphis, TN 38103
(901) 522-2305

J:\Data\SNA\39309\SCHEDULING ORDER.Doc

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01010 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

S. Newton Anderson
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Kyle E. Crowe
CROWE LAW FIRM
P.O. Box 500
298 Broadway Street
Martin, TN 38237

Honorable James Todd
US DISTRICT COURT